v00154










 
 
 
NUMBER 13-04-279-CV
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE MANOR CARE HEALTH SERVICES, INC., HCRC, CORP.,
HEALTHCARE AND RETIREMENT CORPORATION OF 
AMERICA, AND HCRA OF TEXAS, INC. D/B/A HEARTLAND
OF CORPUS CHRISTI,                                                                Relators. 
__________________________________________________________
On Petition for Writ of Mandamus
__________________________________________________________
MEMORANDUM OPINION 
Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam
 
          Relators filed a petition for writ of mandamus in the above cause on June 3, 2004,
requesting a writ directing Respondent, the Honorable Manuel Bañales, Presiding Judge
of the 105th Judicial District Court of Nueces County, to vacate his order dated May 27,
2004 denying relators’ motion to quash the oral deposition of Keith Weikel and motion for
protective order and granting the real parties in interest’s


 motion to compel the deposition
of Weikel. The Court, having examined and fully considered the petition for writ of
mandamus, the response, the reply, and the record, is of the opinion that said petition
should be denied. Accordingly, we DENY relators’ petition for writ of mandamus. The stay
imposed by order of this court dated June 16, 2004 is hereby lifted.
 
                                                                                      PER CURIAM
 
 
Order delivered and filed 
this the 24th day of June, 2004.